WILLIAM WINCHESTER, APPELLEE, V. MARY M. ROYS ET AL., IMPLEADED WITH WALTER G. CLARK, ADMINISTRATOR, APPELLANT.

FILED MARCH 8, 1899. No. 8793.

**Affirmance of Judgment Upon Conflicting Evidence.**

APPEAL from the district court of Douglas county. Heard below before POWELL, J. *Affirmed.*

*Congdon & Parish,* for appellant.

*Francis A. Brogan, contra.*

PER CURIAM.

In this case there is involved nothing but questions of fact determined by the district court upon conflicting evidence, and accordingly its judgment is

AFFIRMED.